JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark Canania, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Lake Forest Lanes, et al, | ) |
| | ) |
| Defendant(s). | ) |
| | ) |
| _____ | ) |

SACV 19-00104-JVS(KESx)

ORDER OF DISMISSAL UPON

SETTLEMENT OF CASE

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:  May 22, 2019

James V. Selna
United States District Judge